UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEFFREY CRIPE ) | Case No. 3:12-CR-089 JD |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 16, 2013 [DE 31]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jeffrey Cripe's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2).

SO ORDERED.

ENTERED: February 13, 2013

                                                /s/ JON E. DEGUILIO
                                                Judge
                                                United States District Court